IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-64-BO

| | | |
|---|---|---|
| OSCAR CHAVEZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; TERRI A. ROBINSON, Director, National Benefits Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; U.S. DEPARTMENT OF HOMELAND SECURITY; CITIZENSHIP AND IMMIGRATION SERVICES, | ) | |
|     Defendants. | ) | |

This cause comes before the Court following plaintiff's failure to respond to the Court's order entered September 26, 2024. [DE 4]. As plaintiff has failed to respond, and has thus failed to demonstrate either good cause for the failure to effect service or that defendants have been served in accordance with Fed. R. Civ. P. 4, the complaint is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m). The clerk is DIRECTED to close the case.

SO ORDERED, this 30 day of October 2024.

                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE