UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| OSCAR CHAVEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ALEJANDRO MAYORKAS, UR MENDOZA | ) | 5:22-CV-64-BO |
| JADDOU, TERRI A. ROBINSON, | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, and CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court following plaintiff's failure to respond to the Court's order entered September 26, 2024. [DE 4].

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

**This case is closed.**

**This judgment filed and entered on November 1, 2024, and served on:**
Oscar Chavez (via US Mail to 3900 Mike Levit Ct., Raleigh, NC 27610)

PETER A. MOORE, JR., CLERK

November 1, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk